NUMBER 13-07-506-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________ 

 

GREGORY MAX HUTCHINSON, Appellant,


v.



THE STATE OF TEXAS, Appellee.

______________________________________________________ _ 


On appeal from the 24th District Court 


of Victoria County, Texas.


_______________________________________________________ 


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Gregory Max Hutchinson, attempts to appeal a conviction for theft. 
The trial court has certified that "the defendant has waived the right of appeal." See
Tex. R. App. P. 25.2(a)(2).

 On August 15, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether
appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's
findings as to whether appellant has a right to appeal, or, alternatively, advise this
Court as to the existence of any amended certification.

 On October 11, 2007, counsel filed a letter brief with this Court. Counsel's
response does not establish (1) that the certification currently on file with this Court
is incorrect or (2) that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be
dismissed if the trial court's certification does not show that the defendant has the
right of appeal. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4.
Accordingly, this appeal is DISMISSED. Any pending motions are denied as moot.


 PER CURIAM

Do not publish.

Tex.R.App.P. 47.2(b)

Memorandum Opinion delivered and 

filed this the 1st day of November, 2007.